UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:24-cr-90-TJC-LLL
 18 U.S.C. § 1349
TREASHONNA P. GRAHAM 18 U.S.C. § 1343
JOEY L. WILLIAMS 18 U.S.C. § 1957

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
**(Wire Fraud Conspiracy)**

A. Introduction

At times material to this Indictment:

1. TREASHONNA P. GRAHAM, a defendant herein, was a resident of Columbia County, Florida, in the Middle District of Florida from at least June 1, 2020, and continuing through at least March 1, 2024.

2. JOEY L. WILLIAMS, a defendant herein, was a resident of Columbia County, Florida, in the Middle District of Florida from at least June 1, 2020, and continuing through at least March 1, 2024. WILLIAMS was GRAHAM'S significant other.

3. C. LEE ENTERPRISES, LLC was a business entity registered with the Florida Secretary of State by GRAHAM on or about June 23, 2020.

4. GRAHAM and WILLIAMS submitted an application with the U.S.

Department of Commerce to obtain a trademark for Grant Bae on or about February 22, 2021. Grant Bae was then registered with the Florida Secretary of State as a fictitious name owned by C. Lee Enterprises LLC on or about February 24, 2021.

5. C. Lee Enterprises, LLC and/or C. Lee Enterprises, LLC d/b/a Grant Bae offered grant writing and consulting services to minority business owners (consumers) located throughout the United States for a fee, guaranteeing grants between $25,000.00 and $250,000.00.

6. C. Lee Enterprises, LLC maintained bank accounts at Renasant Bank to include account number ending in 6404. This account was opened on July 10, 2020, and closed on December 30, 2020.

7. Renasant Bank was a national bank whose accounts were insured by the Federal Deposit Insurance Corporation ("FDIC").

8. C. Lee Enterprises, LLC maintained bank accounts at First Federal Bank to include account numbers ending in 2928 and 4276. The account ending in 2928 was opened December 18, 2020, and closed July 26, 2021. The account ending in 4276 was opened June 10, 2021, and closed July 26, 2021.

9. First Federal Bank was a national bank whose accounts were insured by the FDIC.

10. C. Lee Enterprises, LLC maintained bank accounts at TD Bank to include account numbers ending in 3320, 8342, and 8441. The account ending in 3320 was opened August 24, 2021. The account ending in 8342 was opened July 19, 2021. The account ending in 8441 was opened July 22, 2021.

11. TD Bank was a national bank whose accounts were insured by the FDIC.

12. C. Lee Enterprises, LLC utilized Square, Inc., Stripe, Inc., and PayPal to process its payments received from consumers for the grant writing and other related services.

13. Square, Inc. (Square) is a payment processor that allows businesses to process credit card payments electronically received from consumers located throughout the United States and elsewhere. Square is headquartered in San Francisco, California.

14. Stripe, Inc. (Stripe) is a payment processor that allows businesses to process credit card payments electronically received from consumers located throughout the United States and elsewhere. Stripe is also headquartered in San Francisco, California.

15. PayPal is a payment processor that allows businesses to process credit card payments electronically received from consumers located throughout the United States and elsewhere. PayPal is headquartered in San Jose, California.

16. GRAHAM maintained personal bank accounts at Renasant Bank to include account numbers ending in 8038 and 9762. The account ending in 8038 was opened May 14, 2020, and closed August 24, 2020. The account ending in 9762 was opened May 14, 2020.

17. GRAHAM and WILLIAMS maintained a joint personal bank account at TD Bank with account number ending in 3437. This account was opened May 27, 2021.

18. WILLIAMS maintained a personal bank account at Wells Fargo Bank with account number ending in 2022. This account was opened January 16, 2020, and closed on February 23, 2022.

### B. The Conspiracy

19. Beginning on an unknown date, but no later than in or about May 2020, and continuing through July 2022, in the Middle District of Florida and elsewhere, the defendants,

TREASHONNA P. GRAHAM and JOEY L. WILLIAMS,

did knowingly and willfully combine, conspire, confederate, and agree with others, both known and unknown to the Grand Jury, to commit wire fraud, in violation of 18 U.S.C. § 1343.

### C. Manner and Means of the Conspiracy

20. The manner and means by which the defendants and others sought to accomplish the object of the conspiracy included, among others, the following:

　　a. It was part of the conspiracy that GRAHAM and WILLIAMS created and registered the entity, C. Lee Enterprises LLC, with the Florida Secretary of State, in or around June 23, 2020.

b. It was further part of the scheme that GRAHAM and WILLIAMS opened bank accounts in the name of C. Lee Enterprises LLC beginning, in or around July 10, 2020, with Renasant bank account ending in 6404.

c. It was further part of the scheme that GRAHAM and WILLIAMS linked a merchant account held at Square, previously established by GRAHAM in March 2018, to the newly opened Renasant bank account ending in 6404 to process consumer payments for clients of C. Lee Enterprises LLC.

d. It was further part of the scheme that GRAHAM and WILLIAMS advertised grant writing and consulting services on a website created for Grant Bae, on social media sites, to include Facebook, Instagram and the audio-based platform, Clubhouse, and on other on-line platforms.

e. It was further part of the scheme that GRAHAM and WILLIAMS enticed minority business owners through materially false and fraudulent pretenses, promises, and representations by guaranteeing a minimum of $25,000.00 up to $250,000.00 in grants, depending on the package selected, if the consumer would sign up for the grant writing services offered by C. Lee Enterprises LLC d/b/a Grant Bae.

f. It was further part of the scheme that GRAHAM and WILLIAMS instructed consumers of the grant writing and other services to make payments electronically through Square, Stripe and/or PayPal.

g. It was further part of the scheme that GRAHAM would send emails and hold weekly Zoom meetings misrepresenting the number of grants

5

awarded to clients of Grant Bae. These representations were made to embellish the success rate of grants approved and awarded, and to entice existing Grant Bae consumers to refer Grant Bae's services to other minority business owners for a $100.00 referral fee for each new consumer who purchased a package from Grant Bae.

  h. It was further part of the scheme that GRAHAM and WILLIAMS sent or caused to be sent emails to consumers advising them that they were awarded grants knowing that these grants did not exist, nor did GRAHAM and WILLIAMS ever apply for such grants.

  i. It was further part of the scheme that GRAHAM and WILLIAMS used funds received from consumers for Grant Bae's grant writing and other services in an approximate amount of $2,904,667 to purchase vehicles, jewelry, clothing, to fund gambling activities, and to purchase a residence located in Lake City, Florida.

  j. It was further part of the conspiracy that conspirators would and did use and cause to be used interstate and foreign wire communications.

  k. It was further part of the conspiracy that the conspirators would and did engage in multiple meetings, perform acts, and make statements to promote and achieve the object of the conspiracy and to misrepresent, hide, and conceal, and cause to be misrepresented, hidden, and concealed, the purpose of the conspiracy and the acts committed in furtherance thereof.

 All in violation of 18 U.S.C. § 1349.

## COUNTS TWO THOUGH SEVEN
### (Wire Fraud)

### A. Introduction

1.  The Grand Jury realleges and incorporates by reference Part A (Introduction) of Count One of this Indictment as if fully set forth herein.

### B. The Scheme and Artifice

2.  Beginning on an unknown date, but no later than in or about May 2020, and continuing through July 2022, in the Middle District of Florida and elsewhere, the defendants,

    TREASHONNA P. GRAHAM and JOEY L. WILLIAMS,

knowingly devised and intended to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

### C. Manner and Means of the Scheme and Artifice

3.  The manner and means of the scheme to defraud are set forth in Part C (Manner and Means of the Conspiracy) of Count One of this Indictment, the allegations of which are realleged and incorporated by reference as if fully set forth herein.

### D. Execution of the Scheme and Artifice

4.  On or about the date set forth below in each count, in the Middle District of Florida and elsewhere, the defendants,

    TREASHONNA P. GRAHAM and JOEY L. WILLIAMS,

for the purpose of executing the scheme and artifice described above, transmitted, and caused to be transmitted, by means of wire communication in interstate and foreign commerce the writings, signs, signals, pictures, and sounds described below, each transmission constituting a separate count:

| Count | Date | Description Of Interstate Wire Communication |
|---|---|---|
| Two | February 26, 2021 | Victim Y.W. paid Grant Bae $5,883.93 that was processed electronically by Stripe and was deposited into C. Lee Enterprises LLC First Federal Bank account ending in 2928. |
| Three | March 1, 2021 | Victim V.M. paid Grant Bae $5,883.93 that was processed electronically by Stripe and was deposited into C. Lee Enterprises LLC First Federal Bank account ending in 2928. |
| Four | March 2, 2021 | Victim H.I. paid Grant Bae $3,743.93 that was processed electronically by Stripe and was deposited into C. Lee Enterprises LLC First Federal Bank account ending in 2928. |
| Five | April 15, 2021 | Victim J.N. paid Grant Bae $6,418.93 that was processed electronically by Stripe and was deposited into C. Lee Enterprises LLC First Federal Bank account ending in 2928. |
| Six | August 4, 2021 | Victim C.J. paid Grant Bae $1,389.93 that was processed electronically by Stripe and was deposited into C. Lee Enterprises LLC TD Bank account ending in 8342. |

| | | |
|---|---|---|
| Seven | September 8, 2021 | Victim D.G. paid Grant Bae $6,418.93 that was processed electronically by Stripe and was deposited into C. Lee Enterprises LLC TD Bank account ending in 8342. |

In violation of 18 U.S.C. § 1343 and 2.

## COUNTS EIGHT THROUGH THIRTEEN
### (Money Laundering)

On or about the dates set forth below, in the Middle District of Florida, and elsewhere,

TREASHONNA P. GRAHAM and JOEY L. WILLIAMS,

did knowingly engage and attempt to engage in monetary transactions by, through, and to financial institutions, affecting interstate commerce, in criminally derived property of a value greater than $10,000, that is, deposits, withdrawals, transfers, and exchanges described below of United States currency, funds, and monetary instruments in the amounts specified, such property having been derived from specified unlawful activity, that is, conspiracy to commit wire fraud, and wire fraud in violation of 18 U.S.C. § 1349 and 18 U.S.C. § 1343.

| Count | Date Deposited | Account From | Description | Amount |
|---|---|---|---|---|
| Eight | February 18, 2021 | C. Lee Enterprises LLC First Federal Bank Account 2928 | Purchased Cashier's Check #5016693 payable to Sunbelt Dodge for a 2018 Dodge Charger (VIN ending in 2374) | $25,000.00 |

9

| Nine | March 30, 2021 | C. Lee Enterprises LLC First Federal Bank Account 2928 | Purchased Cashier's Check #9010743 payable to Lake City Chrysler Dodge Jeep Ram for a 2021 Dodge Challenger Hellcat (VIN ending in 2337) | $45,000.00 |
|---|---|---|---|---|
| Ten | June 2, 2021 | C. Lee Enterprises LLC First Federal Bank Account 2928 | Purchased Cashier's Check #6013906 payable to Lake City Chrysler Dodge Jeep Ram for a 2018 Jeep (VIN ending 0150) | $38,532.58 |
| Eleven | June 2, 2021 | C. Lee Enterprises LLC First Federal Bank Account 2928 | Purchased Cashier's Check #6013905 payable to Lake City Chrysler Dodge Jeep Ram for a 2019 Kia Forte (VIN ending 3886) | $21,596.94 |
| Twelve | June 7, 2021 | C. Lee Enterprises LLC First Federal Bank Account 2928 | Purchased Cashier's Check #6013925 payable to Lake City Chrysler Dodge Jeep Ram for a 2021 Dodge Ram 1500 (VIN ending 5862) | $76,000.00 |
| Thirteen | October 14, 2021 | Treashonna P. Graham Renasant Bank Account 9762 | Transferred funds via wire to South State Bank N.A. account # 9731 for closing on personal residence | $213,137.97 |

In violation of 18 U.S.C. §§ 1957 and 2.

## FORFEITURE

1. The allegations contained in Counts One through Thirteen of this Indictment are incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(1), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. §§ 1349 and/or 1343, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. Upon conviction of a violation of 18 U.S.C. § 1957, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(1), any property, real or personal, involved in such offense, or any property traceable to such property.

4. The property to be forfeited includes, but is not limited to, the following: orders of forfeiture in the amount of proceeds each defendant obtained from the offenses, which shall be determined at or before sentencing.

5. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL,

ROGER B. HANDBERG
United States Attorney

By: _____
JOHN CANNIZZARO
Assistant United States Attorney

By: _____
MICHAEL J. COOLICAN
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
4/18/24 Revised

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

TREASHONNA P. GRAHAM
JOEY L. WILLIAMS

INDICTMENT

Violations: 18 U.S.C. § 1349, 18 U.S.C. § 1343, & 18 U.S.C. § 1957

A true bill,



Filed in open court this 25th day

of April, 2024.

_____
Clerk

Bail   $ _____

GPO 863 525