United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.                                                                    NO. 3:24-cr-90-TJC-LLL-1

**TREASHONNA P. GRAHAM**

---

### Clerk's Minutes

Proceeding:                Initial Appearance/Arraignment

| Judge | Laura Lothman Lambert<br>United States Magistrate Judge | Date and Time | 5/31/2024<br>2:14 p.m. – 3:01 p.m. |
|---|---|---|---|
| Deputy Clerk | Natasa Kojic | Tape/Reporter | Digital |
| Counsel for United States | John Cannizzaro, Assistant United States Attorney | Counsel for Defendant | Jeremy Lasnetski, Esquire |
| Interpreter | None Present | Pretrial | Kimberly Barrett |

Court requested presence of counsel for possible appointment. Jeremy Lasnetski is present.

Defendant self- surrendered on a warrant out of Jacksonville, Florida.

Defendant advised of rights, charges, penalties, special assessment, and forfeiture provision.

Defendant seeks court appointed counsel. The defendant placed under oath and questioned regarding her financial condition. Court will appoint Jeremy Lasnetski, Esquire.

**Order to enter.**

United States' oral motion for bond.

[Continued to Page Two]

United States v. Treashonna P. Graham
Case No.: 3:24-cr-90-TJC-LLL-1
Page Two
_____

United States' oral motion for bond is **granted.**

**BOND SET: Release on Personal Recognizance**

**Order Setting Conditions of Release to enter.**

Defendant entered a plea of not guilty to counts one through thirteen of the indictment.

Government to provide discovery by: **June 6, 2024**
Discovery/Dispositive/Suppression motions to be filed by: **June 20, 2024**
Government's responses to motions due by: **July 5, 2024**
Witness lists due: **5 business days prior to trial**
Jencks materials due: **5 business days prior to trial**
Status Conf.: **July 22, 2024, at 4:00 p.m. before the Honorable Timothy J. Corrigan**
Trial Term: **August 5, 2024, at 9:00 a.m. before the Honorable Timothy J. Corrigan**

**Standing Order to enter.**

As required by Rule 5(f), the Court ordered the United States to produce all exculpatory evidence to the Defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny and advised that not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

**Filed in open Court:**
     **Notice of Acceptance of General Discovery**